IN THE UNITED STATES EASTERN DISTRICT COURT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| LILLIE M. KRUGER, as Trustee of the Albert W. Kruger, Jr. and Lillie M. Kruger Revocable Trust | PLAINTIFF/COUNTERDEFENDANT |
| VS. | CASE NO. 5:06-CV-0128 |
| UNITED STATES OF AMERICA (acting through the Army Corps of Engineers); | DEFENDANT/COUNTERCLAIMANT CROSS COMPLAINANT |
| ENTERGY ARKANSAS, INC.; and STATE OF ARKANSAS (acting through the Arkansas Game and Fish Commission) | DEFENDANTS |
| VS. | |
| MARK WILCOX (in his capacity as the Commissioner of Arkansas State Lands) | CROSSDEFENDANT |

**ORDER**

Based upon the agreement and consent of the plaintiff, Lillie M. Kruger, as Trustee of the Albert W. Kruger, Jr. and Lillie M. Kruger Revocable Trust, the consent and agreement of the defendant, Entergy Arkansas Inc., and for good cause shown, the Court finds and orders as follows:

1. The Court's Orders of September 11, 2006, (document numbers 34 and 35) are withdrawn.

2. The Court finds that the easement granted by the USA to Entergy Arkansas Inc. is valid in all respects and that Entergy is entitled to Summary Judgment.

3. This Order and the findings set forth herein shall be limited to the property described in the Entergy Easement and shall not effect the issues raised in this case as they

relate to any property other than the property described in the Entergy Easement.

IT IS SO ORDERED this 27th day of September, 2006.

_____
United States District Judge

APPROVED:

 */s/ Charles L. Schlumberger* 
Charles L. Schlumberger,
Attorney for the Defendant,
Entergy Arkansas, Inc.


 */s/ Brooks A. Gill* 
Brooks A. Gill,
Attorney for the Plaintiff,
Lillie M. Kruger, as Trustee of
the Albert W. Kruger, Jr. and Lillie
M. Kruger Revocable Trust